# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1277
LT Case No. 2020-CF-000170-A

_____

KYRI ANTONIO JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Matthew J. Metz, Public Defender, and Steven N. Gosney,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____